UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOHN BROWN,
   a/k/a "Jay Jay,"
   a/k/a "John John,"
JOHN FELIPE,
   a/k/a, "Flip,"
JOSE RIVERA,
   a/k/a "25," and
JOSEPH LOPEZ,
   a/k/a "Sunny,"

                Defendants.

- - - - - - - - - - - - - - - - - - x

SEALED INDICTMENT

18 Cr.

18 CRIM 744

### COUNT ONE

The Grand Jury charges:

1. From at least in or about June 2016, up to and including in or about September 2018, in the Southern District of New York and elsewhere, JOHN BROWN, a/k/a "Jay Jay," a/k/a "John John," JOHN FELIPE, a/k/a "Flip," JOSE RIVERA, a/k/a "25," and JOSEPH LOPEZ, a/k/a "Sunny," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JOHN BROWN, a/k/a "Jay Jay," a/k/a "John John," JOHN

FELIPE, a/k/a "Flip," JOSE RIVERA, a/k/a "25," and JOSEPH LOPEZ, a/k/a "Sunny," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that JOHN BROWN, a/k/a "Jay Jay," a/k/a "John John," JOHN FELIPE, a/k/a "Flip," JOSE RIVERA, a/k/a "25," and JOSEPH LOPEZ, a/k/a "Sunny," the defendants, conspired to distribute and possess with the intent to distribute was 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury charges:

4. On or about February 23, 2017, in the Southern District of New York and elsewhere, JOHN FELIPE, a/k/a "Flip," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics distribution conspiracy charged in Count One of this Indictment, knowingly did use and carry a firearm, and in furtherance of such crime did possess a firearm,

and did aid and abet the use, carrying, and possession of a firearm, which was brandished.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), and 2.)

### COUNT THREE

The Grand Jury charges:

5. From in on or about February 2017 through in or about April 2017, in the Southern District of New York and elsewhere, JOHN BROWN, a/k/a "Jay Jay," a/k/a "John John," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the narcotics distribution conspiracy charged in Count One of this Indictment, knowingly did use and carry a firearm, and in furtherance of such crime did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii), 924(c)(1)(A) (iii), and 2.)

### FORFEITURE ALLEGATION

6. As a result of committing the controlled substance offense charged in Count One of this Indictment, JOHN BROWN, a/k/a "Jay Jay," a/k/a "John John," JOHN FELIPE, a/k/a "Flip," JOSE RIVERA, a/k/a "25," and JOSEPH LOPEZ, a/k/a "Sunny," the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and

all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Indictment.

## Substitute Assets Provision

If any of the above-described forfeitable property, as a result of any act or omission of JOHN BROWN, a/k/a "Jay Jay," a/k/a "John John," JOHN FELIPE, a/k/a "Flip," JOSE RIVERA, a/k/a "25," and JOSEPH LOPEZ, a/k/a "Sunny," the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____  
FOREPERSON

*Geoffrey S. Berman*  
GEOFFREY S. BERMAN  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOHN BROWN, a/k/a "Jay Jay," a/k/a "John John," JOHN FELIPE, a/k/a "Flip," JOSE RIVERA, a/k/a "25," and JOSEPH LOPEZ, a/k/a "Sunny,"

Defendants.

SEALED INDICTMENT

18 Cr.

(Title 21, United States Code, Section 846; Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii), and 2.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.